NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEVEN CHU, SECRETARY OF ENERGY,**
*Appellant,*

v.

**THE BOEING COMPANY,**
**(SUCCESSOR-IN-INTEREST OF ROCKWELL**
**INTERNATIONAL CORPORATION),**
*Appellee.*

---

**THE BOEING COMPANY,**
**(Successor-in-Interest of Rockwell International**
**Corporation),**
*Appellant,*

v.

**STEVEN CHU, SECRETARY OF ENERGY,**
*Appellee.*

---

2011-1304, -1317

---

Appeals from the Armed Services Board of Contract Appeals in nos. 337, 338, 339, and 978, Administrative Judge R. Anthony McCann.

## ON MOTION

---

## ORDER

The Boeing Company moves for a 60-day extension of time, until March 9, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JAN 0 9 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Domenique Kirchner, Esq
     Richard J. Ney, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 9 2012

JAN HORBALY
CLERK